1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10 SHARON BELL                    )
                                  )   Civil Action No. 1:04-CV-6217 OWW TAG
11                                )
            Plaintiff,            )   STIPULATION AND ORDER
12                                )
   vs.                            )
13                                )
   JO ANNE B. BARNHART,           )
14 Commissioner of Social         )
   Security,                      )
15                                )
            Defendant.            )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until June 18, 2005, in which to file and

20 serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21 September 8, 2004, shall proceed under the time limit guidelines set therein.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27

28

| | | |
|---|---|---|
| 1 | Dated:  May 19, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: May 20, 2005 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan (as authorized via facsimile) KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8  IT IS SO ORDERED.

9  **Dated:   June 1, 2005**        **/s/ Theresa A. Goldner**
   j6eb3d                             UNITED STATES MAGISTRATE JUDGE