```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BELL,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant.<br>_____ | 1:04-cv-6217 OWW TAG<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from July 21, 2005 to August 23, 2005.

    This is the defendant's first request for an extension of time to respond to plaintiff's opening brief.

    Defendant, through Kristi C. Kapetan, Assistant United States Attorney, made an appearance when defendant e-filed the notice of lodging the administrative record on January 25, 2005. However, at that time, for some reason unknown to defendant, the Court's e-filing system did not add Kristi C. Kapetan, Assistant

1

U.S. Attorney, as counsel for defendant (although her name did appear next to the docket entry) and, therefore, when plaintiff e-filed the opening brief on June 21, 2005, defendant did not receive notice.  Defendant was not aware of the problem until recently, therefore, defendant requests additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: July 18, 2005            /s/ Gina M. Fazio
                                      (As authorized via facsimile)
                                      GINA M. FAZIO
                                      Attorney for Plaintiff

Dated: July 19, 2005            McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

**ORDER**

    Based upon the parties' Stipulation, the Court finds that good cause exists to grant Defendant's request for an extension of time to respond to Plaintiff's opening brief, and makes the following order:

    1. Defendant shall have to and including August 23, 2005 to file and serve a response to Plaintiff's opening brief.

IT IS SO ORDERED.

**Dated:   July 25, 2005**                  **/s/ Theresa A. Goldner**
j6eb3d                                         UNITED STATES MAGISTRATE JUDGE