**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON BELL,<br><br>        Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-cv-06217 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT<br>(Doc. 21) |

### **INTRODUCTION**

Plaintiff Sharon Bell ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to disability income benefits under Title II of the Social Security Act ("the Act"), 42 U.S.C. § 401 et seq., or supplemental security income under Title XVI of the Act, 42 U.S.C. §1381 et seq.  After review of the Administrative Record and the parties' papers, the magistrate judge issued findings and recommendations on March 20, 2006 to DENY plaintiff's request to reverse the ALJ's decision denying plaintiff benefits under Titles II and XVI of the Act or to remand for further proceedings.  Plaintiff did not file any objections to the findings and recommendations.

///

## **CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a <u>de novo</u> review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's March 20, 2006 findings and recommendations; and

2. DIRECTS the Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Sharon Bell and to close this action.

IT IS SO ORDERED.

**Dated:   May 24, 2006**                              /s/ Oliver W. Wanger
emm0d6                                                      UNITED STATES DISTRICT JUDGE